IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBIN HALLETT, | § | |
| | § | No. 57, 2018 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 1601015342 (N) |
| Petitioner Below- | § | |
| Appellee. | § | |

Submitted: June 19, 2018
Decided:   June 25, 2018

**O R D E R**

It appears that, on May 21, 2018, the Chief Deputy Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for her failure to file her opening brief. Despite multiple attempts at service, the notice to show was returned to Court indicating that the appellant had moved and left no forwarding address. It is the appellant's responsibility to update her contact information with the Court. The appellant failed to respond to the notice to show cause within the required ten-day period. Dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice